CHARLES CLARK ET AL., APPELLANTS, v. LEROY D. BADGLEY ET AL., RESPONDENTS.

Argued October 23, 1930—Decided October 19, 1931.

For the appellants, *Joseph S. Zemel.*

For the respondents, *Harley, Cox & Walburg.*

PER CURIAM:

The judgment appealed from will be affirmed, for the reasons given in the opinion of Judge Dungan.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, BODINE, HETFIELD, DEAR, WELLS, JJ.  8.

*For reversal*—CASE, DALY, DONGES, VAN BUSKIRK, KAYS, JJ.  5.